IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**TYSON WILLIAMS,**

                Plaintiff,

    v.

**G. JONES, et al.,**

                Defendants.

Case No. 2:19-cv-01595-KJM-EFB (PC)

**[Proposed] ORDER GRANTING APPLICATION TO MODIFY SCHEDULING ORDER**

    Defendants Jones and Parham applied ex parte for an extension of discovery cut-off date for the purpose of taking Plaintiff's deposition and for an order to take Plaintiff's deposition via remote video conference, if necessary, with the Plaintiff, the deposition reporter and defense counsel to be in separate locations.

    Good cause appearing, Defendants' Application is **GRANTED**.   The Court resets the discovery cut-off date for taking Plaintiff's deposition to November 25, 2020.  Any motions to compel shall be filed by November 25, 2020, and any dispositive motions shall be filed by March 8, 2021.

///

///

///

Further, the deposition may be taken via video conference, if necessary, with the Plaintiff, the deposition reporter, and defense counsel in separate locations and such deposition testimony shall be admissible.

**IT IS SO ORDERED.**

Dated:  August 3, 2020.

_____
The Honorable Edmund F. Brennan