UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSON WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>G. JONES, *et al.*,<br><br>        Defendants. | Case No. 2:19-cv-01595-KJM-JDP (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>ECF No. 24 |

Defendants have filed a motion to modify the April 20, 2020 discovery and scheduling order to extend the deadline for filing dispositive motions. ECF No. 24.

Good cause appearing, it is hereby ORDERED that:

1. Defendants' motion to modify the April 20, 2020 discovery and scheduling order, ECF No. 24, is granted.

2. The deadline for filing dispositive motions is extended to June 7, 2021.

IT IS SO ORDERED.

Dated:   April 7, 2021                                               
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE