UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSON WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G. JONES, *et al.*,<br><br>　　　　Defendants. | Case No. 2:19-cv-01595-KJM-JDP (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>ECF No. 26 |

Defendants have filed a second motion to modify the April 20, 2020 discovery and scheduling order to extend the deadline for filing dispositive motions. ECF No. 26.

Good cause appearing, it is hereby ORDERED that:

1. Defendants' motion to modify the April 20, 2020 discovery and scheduling order, ECF No. 26, is granted.

2. The deadline for filing dispositive motions is extended to August 7, 2021.

IT IS SO ORDERED.

Dated: June 21, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE