UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TYSON WILLIAMS. | Case No. 2:19-cv-01595-KJM-JDP (PC) |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO TIMELY FILE A RESPONSE TO PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF |
| v. | |
| G. JONES, *et al*., | |
| Defendants. | ECF No. 28 |
| | FOURTEEN-DAY DEADLINE |

On June 21, 2021, plaintiff filed a motion for injunctive relief. ECF No. 28. To date, defendants have not filed a response.

In cases where a party is incarcerated and proceeding without counsel, a responding party is required to file an opposition or statement of non-opposition not more twenty-one days after the date the motion is served. E.D. Cal. L.R. 230(l). Failure "to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." *Id*.

Defendants will be ordered to show cause why sanctions should not be imposed for their failure to timely file a response to plaintiff's motion. ECF No. 54; *see* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with [the Local] Rules or any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or

1

within the inherent power of the Court.").

Accordingly, it is hereby ORDERED that:

1. Defendants shall show cause, within fourteen days of the date of this order, why sanctions should not be imposed for their failure to timely file a response to plaintiff's motion.

2. Within fourteen days of this order, defendants shall file either an opposition or statement of non-opposition to plaintiff's motion.

3. Plaintiff may file a reply to defendants' opposition, if any, seven days thereafter.

4. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that defendants' answer be stricken and their default entered.

IT IS SO ORDERED.

Dated:  November 9, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE