UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tyson Williams, | No. 2:19-cv-01595-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| G. Jones, et al., | |
| Defendants. | |

Plaintiff Tyson Williams, who is incarcerated, alleges in this action that two officers—Jones and Parham—assaulted him for no reason during a classification hearing in January 2019. *See* Compl. at 2–3, ECF No. 1.  Williams is representing himself, so this action was referred to the assigned Magistrate Judge for all pretrial purposes under this District's Local Rules.

Last June, Williams moved for a temporary restraining order and an injunction ordering his transfer to a different prison, away from Jones and Parham, while this action is pending. *See generally* Mot., ECF No. 28.  It is also possible to interpret his motion as a more general request for any form of protective, injunctive relief.  *See id.* at 1 (requesting an "Order of Protection"). He stated under penalty of perjury that he was "in fear of his life" after the allegedly unprovoked assault. *See id.* at 2.  The defendants oppose the motion, *see generally* Opp'n, ECF No. 30, and the Magistrate Judge recommends denying it, *see generally* F&Rs, ECF No. 32.  Neither Williams nor the defendants have objected.

1

This court has reviewed the record and the findings and recommendations and adopts the Magistrate Judge's recommendation to deny Williams's motion. Temporary restraining orders and preliminary injunctions may be issued only to avoid irreparable harm. *See* Fed. R. Civ. P. 65(b)(1)(A); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *Stuhlbarg Int'l. Sales Co. v. John D. Brush & Co.*, 240 F.3d 832, 839 n.7 (9th Cir. 2001). Williams did not show that he is at risk of immediate and irreparable harm. When he requested injunctive relief, more than two years had passed since the alleged assault, *see* Compl. ¶ 13, and no evidence shows Jones and Parham have threatened or harmed him again.

The findings and recommendations (ECF No. 32) are **adopted in part**, to the extent consistent with the more complete explanation above. The motion for a temporary restraining order (ECF No. 28) is **denied**. This matter is **referred** again to the assigned Magistrate Judge for all further pretrial proceedings.

This order resolves ECF Nos. 28 and 32.

IT IS SO ORDERED.

DATED: February 18, 2022.

CHIEF UNITED STATES DISTRICT JUDGE