UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSON WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. JONES, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:19-cv-01595-KJM-JDP (PC)<br><br>ORDER SETTING STATUS CONFERENCE<br><br>July 7, 2022 at 10:00 a.m. |

　　　Plaintiff is a state inmate proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983.  Motion practice has concluded, and claims remain against defendants Jones and Parham.  The court will hold a status conference on July 7, 2022, at 10:00 a.m.  The parties should be prepared to discuss whether they are interested in a settlement conference, whether the case would benefit from another opportunity to brief dispositive motions, any practical limitations on going to trial at this juncture, and any other measure that would secure speedy and efficient resolution of this case.

　　　Accordingly, it is hereby ORDERED that:

　　　1. The court will hold a status conference by Zoom on July 7, 2022, at 10:00 a.m. to discuss the matters identified above.

1

2. Counsel for the defendants is directed to contact the court via ncannarozzi@caed.uscourts.gov, one week prior to the status conference to report on plaintiff's institution's ability to produce him for a remote appearance.

3. The Clerk of Court is directed to send a copy of this order to the litigation coordinator at plaintiff's institution of confinement.

IT IS SO ORDERED.

Dated:   June 6, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE