IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TYSON WILLIAMS,**<br><br>                                    Plaintiff,<br><br>        v.<br><br>**G. JONES, et al.,**<br><br>                                    Defendants. | 2:19-cv-01595-KJM-JDP (PC)<br><br>**[PROPOSED]** ORDER<br><br>Judge:            The Honorable Jeremy D. Peterson<br>Trial Date:     None set<br>Action Filed: August 16, 2019 |

   Good cause having been shown, Defendants' Parham and Jones administrative motion to continue the July 7, 2022 status conference is GRANTED. The hearing is rescheduled to July 21, 2022, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   June 23, 2022                                                   _____
                                                                                          JEREMY D. PETERSON
                                                                                          UNITED STATES MAGISTRATE JUDGE

1