UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

TYSON WILLIAMS,

        Plaintiff,

vs.

G. JONES, *et al.*,

        Defendants.

Case No. 2:19-cv-1595 KJM JDP (PC)

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Tyson Williams, inmate V-45989, a necessary and material witness in proceedings in this case on July 21, 2022, is confined in California State Prison, Sacramento, in the custody of the Warden; in order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Jeremy D. Peterson, to appear by zoom video-conferencing at California State Prison, Sacramento, July 21, 2022, at 10:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to appear for a status conference at the time and place above, until completion of the status conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The clerk of court shall serve a copy of this order and writ by fax to the California State Prison, Sacramento Litigation Office at 916-294-3072.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden, California State Prison, Sacramento, P.O. Box 290002, Represa, California, 95671-0002:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by zoom video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   July 12, 2022

                                              JEREMY D. PETERSON
                                              UNITED STATES MAGISTRATE JUDGE