**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Tyson Williams, )<br>)<br>    Plaintiff(s), )<br>)<br>       v. )<br>)<br>G. Jones, et al., )<br>)<br>    Defendant(s). )<br>) | **MINUTE ORDER**<br><br>Case No.: 2:19-cv-01595-KJM-JDP |

IT IS HEREBY ORDERED: Pursuant to [39] Court Minutes, this matter was referred to the magistrate judge for a settlement conference. A Settlement Conference is set for 10/6/2022, at 10:00 a.m., before Magistrate Judge Deborah Barnes. The settlement conference will be conducted by video conference through zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing). Counsel must have access to a computer/digital device with audio and video function available for use on the video conference. Each party must have a principal with full and unlimited authority to negotiate and enter into a binding settlement attend. The failure of any counsel, party, or authorized person subject to this order to appear in person, or otherwise authorized by the court, may result in the imposition of sanctions. Each party shall provide a confidential settlement conference statement and any documents which have not already been filed with the court and which may be relevant to resolution of this case, to chambers, no later than 9/29/2022, via e-mail to dborders@caed.uscourts.gov. If plaintiff is unable to access the internet, plaintiff shall, on or before 9/22/2022, send his statement to the court by mail at 501 I Street, Sacramento, CA 95814, and indicate on the envelope and on the face of the settlement conference statement that it is a

confidential communication to Magistrate Judge Barnes. Such statements shall not be filed with the Clerk or served on the opposing party. However, each party shall notify the other party that the statement has been submitted to the judge's chambers. Additionally, upon submission of the confidential settlement conference statement, each party shall file a "Notice of Submission of Confidential Settlement Conference Statement." (Rule 270 (d)).

      I HEREBY CERTIFY that the foregoing is a true and correct statement of an order made in the above-captioned case.

DATED: July 28, 2022

                        KEITH HOLLAND, CLERK

                        By: /s/ Pete Buzo
                            Pete Buzo, Courtroom Deputy
                            to the Honorable Deborah Barnes
                            (916) 930-4128