UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSON WILLIAMS,<br><br>         Plaintiff,<br><br>     v.<br><br>G. JONES, et al.,<br><br>         Defendants. | Case No. 2:19-cv-01595 KJM JDP P<br><br>ORDER APPOINTING COUNSEL |

Plaintiff is a state inmate proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983.  The court finds the appointment of counsel for plaintiff warranted. Kresta N. Daly has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Kresta N. Daly is appointed as plaintiff's counsel in the above titled matter.
2. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if she has any questions related to the appointment.
3. A Final Pretrial Conference is set for **August 11, 2023 at 10:00 AM** before Chief District Judge Kimberly J. Mueller.  The parties shall meet and confer and file a joint Pretrial Statement no less than three weeks prior to the Final Pretrial Conference.  *See* E.D. L.R. 282.  The provisions of Local Rule 281 shall apply with respect to the matters to

be included in the joint pretrial statement.  At least one of the attorneys who will conduct the trial for each of the parties shall attend the Final Pretrial Conference.  All motions in limine must be filed in conjunction with the joint pretrial statement.  In most cases, motions in limine are addressed and resolved on the morning of the first day of trial.  The parties may alert the court at the Final Pretrial Conference and in their final Joint Pretrial Statement that a particular motion or motions should be resolved earlier.  At the Final Pretrial Conference, the court will set a briefing and hearing schedule on the motions in limine as necessary.  The parties are reminded that a motion in limine is a pretrial procedural device designed to address the admissibility of evidence.  The court looks with disfavor upon dispositional motions presented at the Final Pretrial Conference or at Trial in the guise of motions in limine.

4. The Clerk of the Court is directed to serve a copy of this order on Kresta N. Daly, Barth Daly LLP, P.O. Box F, Winters, CA 95694.

DATED:  May 1, 2023.

CHIEF UNITED STATES DISTRICT JUDGE