UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSON WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>G. JONES, *et al.*,<br><br>        Defendants. | Case No.  2:19-cv-01595-JDP (PC)<br><br>ORDER SETTING STATUS CONFERENCE<br><br>November 2, 2023 at 10:00 a.m. |

      Plaintiff proceeds with counsel in this civil rights action brought under 42 U.S.C. § 1983. The previously assigned District Judge held a final pretrial conference on September 1, 2023. ECF No. 53. On September 7, 2023, the parties filed a joint status report and consented to magistrate judge jurisdiction. ECF Nos. 54-56.

      After reviewing the joint status report, the court finds that a status conference would be beneficial. Accordingly, a conference is set for November 2, 2023, at 10:00 a.m. The parties should be prepared to discuss whether they are interested in a settlement conference, any practical limitations on going to trial at this juncture, specific dates of unavailability, and any other measure that would secure speedy and efficient resolution of this case.

      Accordingly, it is hereby ORDERED that the court will hold a status conference by Zoom on November 2, 2023, at 10:00 a.m. to discuss the matters identified above.

1

1
2   IT IS SO ORDERED.
3
4   Dated:   October 6, 2023                    _____
                                                JEREMY D. PETERSON
5                                               UNITED STATES MAGISTRATE JUDGE

2