UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSON WILLIAMS, | Case No. 2:19-cv-01595-JDP (PC) |
| Plaintiff, | ORDER DIRECTING THE PARTIES TO SUBMIT AN UPDATED JOINT STATUS REPORT WITHIN THIRTY DAYS |
| v. | |
| G. JONES, *et al.*, | |
| Defendants. | |

The parties appeared before me on November 9, 2023, for a status conference. Attorney Kresta Daly appeared for plaintiff, and attorneys Janet Chen and Jennifer Burns for defendants. At the hearing, the court discussed scheduling—in particular, the limited availability of plaintiff's counsel—and both parties stated that a trial date in late July 2024 appeared appropriate. The court asked the parties to resubmit their joint status report in compliance with Local Rule 281. In addition to the standard items, the joint status report should address the estimated trial length, a specific proposed trial date, an amended briefing schedule for motions in limine, and the parties' potential interest in participating in a further settlement conference. After review of the joint status report, the court will issue an order setting forth dates for a final pretrial conference and trial.

Accordingly, it is hereby ORDERED that the parties submit a joint status report within thirty days of this order's issuance.

IT IS SO ORDERED.

Dated:   November 13, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE