Rob Bonta, State Bar No. 202668
Attorney General of California
Tyler V. Heath, State Bar No. 271478
Supervising Deputy Attorney General
Janet N. Chen, State Bar No. 283233
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7319
 Fax: (916) 324-5205
 E-mail: Janet.Chen@doj.ca.gov
*Attorneys for Defendants*
*Parham and Jones*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TYSON WILLIAMS,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**G. JONES, et al.,**<br><br>                                    Defendants. | 2:19-cv-01595-KJM-JDP (PC)<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Trial Date:    June 25, 2024<br>Action Filed: August 16, 2019 |

Plaintiff is a state prisoner proceeding with counsel in this § 1983 civil rights action. This case is currently set for a video settlement conference before Chief Magistrate Judge Delaney on April 12, 2024, at 9:30 a.m. (ECF No. 65.) Due to a scheduling conflict at Calipatria State Prison, the institution where Plaintiff is currently incarcerated, the parties jointly request that the settlement conference be rescheduled to April 19, 2024, at 9:30 a.m. Chief Magistrate Judge Delaney's chambers have tentatively confirmed the Court's availability on April 19, 2024, at 9:30 a.m. pending order of this Court.

**IT IS SO STIPULATED.**

Dated: March 22, 2024   */s/ Kresta Daly (authorized on 3/22/24)*
Kresta Daly
*Attorney for Plaintiff Williams*

Dated: March 22, 2024   */s/ Janet N. Chen*
Janet N. Chen
*Attorney for Defendants Parham and Jones*

**IT IS SO ORDERED.**

Dated: March 22, 2024   _____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

SA2020101279
37957360.docx