1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  **TYSON WILLIAMS,**                        Case No. 2:19-cv-01595-KJM-JDP (PC)

                                    Plaintiff,  **[PROPOSED]** **ORDER GRANTING**
13                                              **JOINT MOTION TO PERMIT THIRD-**
                                                **PARTY WITNESS'S REMOTE**
14       **v.**                                 **APPEARANCE AT TRIAL**

15  **G. JONES, et al.,**

16                                  Defendants.

17

18       The parties jointly moved the Court to permit third-party witness Licensed Vocational

19  Nurse (LVN) A. Temple to testify remotely at trial.  Upon due consideration the Court finds that

20  good cause and compelling circumstances exist with appropriate safeguards to permit LVN

21  Temple to testify remotely at trial through videoconferencing technology.

22       LVN Temple is permitted to testify at trial via videoconferencing technology, and

23  Defendants' counsel shall make arrangements with High Desert State prison for LVN Temple's

24  testimony via videoconferencing technology at trial.

25

26

27

28

IT IS SO ORDERED.

Dated:   June 14, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE