UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSON WILLIAMS,<br><br>   Plaintiffs,<br><br>   v.<br><br>G. JONES, *et al.*,<br><br>   Defendants. | Case No.  2:19-cv-01595-JDP (PC)<br><br>**ORDER AFTER HEARING**<br><br>ECF Nos. 86 & 87 |

      This case was before the court on June 20, 2024, for a final status conference. The court addressed defendants' motion in limine, ECF No. 86, and defendants' motion for shackling, ECF No. 87. Attorney Kresta Daly appeared on behalf of plaintiff, and attorneys Janet Chen and Jennifer Burns appeared on behalf of defendants. For the reasons stated on the record, the court orders as follows:

1. Defendants' motion in limine number one is granted;
2. Defendants' motion in limine number four is granted;
3. Defendants' motion in limine number five is granted;
4. The court reserves ruling on defendants' motions in limine numbers two, three, and six.
5. Defendants' motion for shackling, ECF No. 87, is granted in part.  Plaintiff is

1

1 permitted to wear civilian clothes and will only have leg restraints during the trial.

3 IT IS SO ORDERED.

5 Dated:   June 24, 2024

                                      JEREMY D. PETERSON
                                      UNITED STATES MAGISTRATE JUDGE